UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Anthony John Gurneau,                      Civil No. 09cv02784 JMR/JJK

     Petitioner,

v.                                                      **ORDER**

Minneapolis Police Department,

     Respondent.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 24, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: December 17, 2009

                                         s/James M. Rosenbaum
                                         JAMES M. ROSENBAUM
                                         United States District Judge